No. 92–1516. MAGNESIUM ELEKTRON, INC. *v.* PUBLIC INTEREST RESEARCH GROUP OF NEW JERSEY, INC., ET AL. C. A. 3d Cir. Motions of Washington Legal Foundation and Chemical Industry Council of New Jersey et al. for leave to file briefs as

*amici curiae* granted. Certiorari denied.